UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.   24cr10098 |
| | ) |
| v. | ) Violations: |
| | ) |
| AMY NDEYE THIOUB, | ) <u>Counts One-Three</u>: Filing False Tax Returns |
| | ) (26 U.S.C. § 7206(1)) |
| Defendant | ) |
| | ) <u>Counts Four-Six</u>: |
| | ) Filing of a Fraudulent Tax Return By an |
| | ) Employee of the United States |
| | ) (26 U.S.C. § 7214(a)(7)) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. The defendant, AMY NDEYE THIOUB, was an employee of the Internal Revenue Service (IRS). THIOUB resided in Swampscott, Massachusetts.

2. In 2006, THIOUB was hired as an Internal Revenue Agent in the IRS Large Business and International Division in Boston, Massachusetts. As a Revenue Agent, THIOUB planned and conducted examinations of tax returns using extensive and specialized knowledge of accounting techniques, practices, and investigative audit techniques to examine and resolve various tax issues of individuals and business organizations.

3. As a result of her education, training and experience, THIOUB was highly knowledgeable regarding tax law, including the Internal Revenue Code, court decisions, and agency policies, regulations, and practices.

4.      Every year, THIOUB received training in Employee Tax Compliance, which instructs that IRS "Employees shall satisfy in good faith their obligations as citizens, including all just financial obligations, especially those - such as Federal, State, or local taxes - that are imposed by law." IRS Employee Tax Compliance includes timely filing accurate tax returns and payment of taxes due.

5.      A United States Individual Tax Return, IRS Form 1040 (Form 1040) is a tax return that an individual submits to the IRS on a yearly basis, wherein the taxpayer reports items including income, certain expenses, and tax.

6.      A Schedule C, Profit or Loss from Business (Schedule C) is an IRS document that a taxpayer attaches to a Form 1040 when applicable to report gross receipts, expenses, and profit and loss from a business operated by the taxpayer.

7.      An entity qualifies as a business if the taxpayer's primary purpose for engaging in the activity is for income or profit and the taxpayer is involved in the activity with continuity and regularity. A sporadic activity, a not-for-profit activity, or a hobby does not qualify as a business.

8.      Schedule C business income or loss is reported by the taxpayer on their Form 1040 and impacts the filer's total income and adjusted gross income, and therefore impacts the filer's tax liability.

9.      In or about and between April 2018 and July 2020, in an effort to fraudulently inflate her federal income tax refunds for the tax years 2017, 2018 and 2019, THIOUB fabricated thousands of dollars in phantom business income and expenses on Schedules C for those years, as follows:

    a. On her 2017 Form 1040, Schedule C, THIOUB falsely claimed that she operated a business that had generated $14,358 in gross receipts and incurred $33,962 in costs of goods sold and $23,201 in other expenses in 2017, which resulted in a reduction in her Total Income reported on her Form 1040.

    b. On her 2018 Form 1040, Schedule C, THIOUB falsely claimed that she operated a business that had generated $9,875 in gross receipts and incurred $22,786 in costs of goods sold and $7,413 in other expenses in 2018, which resulted in a reduction in her Total Income reported on her Form 1040.

    c. On her 2019 Form 1040, Schedule C, THIOUB falsely claimed that she operated a business that had generated $12,987 in gross receipts and incurred $26,863 in costs of goods sold and $13,187 in other expenses in 2019, which resulted in a reduction in her Total Income reported on her Form 1040.

10.    For each tax year, 2017 to 2019, inclusive, THIOUB electronically signed and caused to be filed with the IRS the above-referenced Form 1040, under penalty of perjury.

COUNTS ONE—THREE
Filing a False Tax Return
(26 U.S.C. § 7206(1))

The Grand Jury charges:

11. The Grand Jury re-alleges and incorporates by reference paragraphs 1-10 of this Indictment.

12. On or about the dates set forth below, in the District of Massachusetts, and elsewhere, the defendant,

AMY NDEYE THIOUB,

did willfully make and subscribe a U.S. Individual Tax return which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Director, Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter in that the total income THIOUB received for the tax years set forth below substantially exceeded the amount THIOUB reported to the IRS, as follows:

| Count | Filed On or About | Tax Year | False Items |
|---|---|---|---|
| 1 | 4/18/2018 | 2017 | Form 1040, Line 22, Total Income: $59,370 |
| 2 | 4/12/2019 | 2018 | Form 1040, Line 6, Total Income: $82,281 |
| 3 | 7/15/2020 | 2019 | Form 1040, Line 7b, Total Income: $121,964 |

All in violation of Title 26, United States Code, Section 7206(1).

COUNTS FOUR—SIX
Filing of a Fraudulent Tax Return By an Employee of the IRS
(26 U.S.C. § 7214(a)(7))

The Grand Jury further charges:

13. The Grand Jury re-alleges and incorporates by reference paragraphs 1-10 of this Indictment.

14. On or about the dates set forth below, in the District of Massachusetts, and elsewhere, the defendant,

AMY NDEYE THIOUB,

while an employee of the United States Department of the Treasury, Internal Revenue Service, and acting in connection with the revenue laws of the United States, did make and sign fraudulent U.S. Individual Income Tax Returns, Forms 1040, for herself, which returns each contained a written declaration that it was made under penalty of perjury and was filed with the Internal Revenue Service, and which returns THIOUB did not believe to be true and correct as to material matters. The tax returns each contained materially false items, including false total income, and therefore allowed THIOUB to receive refunds to which she was not entitled as set forth below:

| Count | Filed On or About | Tax Year | False Items |
|---|---|---|---|
| 4 | 4/18/2018 | 2017 | Form 1040, Line 22, Total Income: $59,370 |
| 5 | 4/12/2019 | 2018 | Form 1040, Line 6, Total Income: $82,281 |
| 6 | 7/15/2020 | 2019 | Form 1040, Line 7b, Total Income: $121,964 |

All in violation of Title 26, United States Code, Section 7214(a)(7).


A TRUE BILL

_Carolyn McBall_
FOREPERSON

_____
KRISTINA E. BARCLAY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: April 16 , 2024
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK
at 1:12 pm